■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD KING, Also Known as EDWARD 25x KING, JR., Also Known as EDWARD KING, JR., Also Known as EDWARD KERR, Appellant.—Judgment, Supreme Court, New York County (Shirley Levittan, J.), rendered on May 25, 1988, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Carro, Rosenberger, Ellerin and Smith, JJ.

■ ELMSMERE ASSOCIATES v GLADSTONE.—Motion, insofar as it seeks leave to appeal to the Court of Appeals denied, and insofar as it seeks reargument or clarification granted only to the extent of amending the memorandum decision of this court filed herein by deleting the period at the end of the majority's memorandum decision [153 AD2d 501] and adding "as well as minus the closing costs incurred by defendants in connection with the sale to the CBS-Hines joint venture". Concur—Sullivan, J. P., Carro, Milonas, Ellerin and Smith, JJ.